# RETURN

3:16-MJ-459-BH

| DATE WARRANT RECEIVED | DATE AND TIME WARRANT EXECUTED | COPY OF WARRANT AND RECEIPT FOR ITEMS LEFT WITH |
|---|---|---|
| 5/25/2016 | 6/1/2016 3pm | Martavious Keys |

**INVENTORY MADE IN THE PRESENCE OF**

N/A

**INVENTORY OF PROPERTY SEIZED PURSUANT TO THE WARRANT**

Unable to obtain forensic aquisition of the described device.

```
U.S. DISTRICT COURT
NORTHERN DISTRICT OF TEXAS
       FILED
     JUN 3 0 2016
CLERK, U.S. DISTRICT COURT
By _____ Deputy
```

## CERTIFICATION

I Swear that this inventory is a true and detailed account of the property seized by me on the warrant.

_____
Affiant

Subscribed, sworn to, and returned before me this date.

_____         6/30/16
U.S. Magistrate Judge                    Date



# United States District Court

__NORTHERN__ DISTRICT OF __TEXAS__

**In the Matter of the Search of**
(Name, address or Brief description of person, property or premises to be searched)

An Apple iPhone 5S, IMEI 579C-E2642B, with and FCC ID BCG-E2642A, which is white and gold in color, currently in the custody of the Mesquite Police Department, 777 North Avenue, Mesquite, Texas 75149

**SEARCH WARRANT**

CASE NUMBER: 3:16-MJ-459-BH

**To:** Special Agent Jennifer McCarty, Bureau of Alcohol, Tobacco, Firearms and Explosives (ATF), and any Authorized Officer of the United States

Affidavit(s) having been made before me by  Special Agent Jennifer McCarty has reason to believe that on the person of or __XX__ on the property or premises known as (name, description and/or location)

(SEE ATTACHMENT A).

In the Northern District of Texas there is now concealed a certain person or property, namely (describe the person or property to be seized)

(SEE ATTACHMENT B).

I am satisfied that the affidavit(s) and any recorded testimony establish probable cause to believe that the person or property so described is now concealed on the person or premises above-described and establish grounds for the issuance of this warrant.

**YOU ARE HEREBY COMMANDED** to search on or before  6/3/16

(not to exceed 14 days) the person or place named above for the person or property specified, serving this warrant and making the search any time of day or night, and if the person or property be found there to seize same, leaving copy of this warrant and receipt for the person or property taken, and prepare a written inventory of the person or property seized and promptly return this warrant to IRMA C. RAMIREZ, United States Magistrate Judge as required by law.

May 25, 2016 @ 11:10 a.m.            at            Dallas, Texas
**Date and Time Issued**                                   **City and State**

IRMA C. RAMIREZ
United States Magistrate Judge
**Name and Title of Judicial Officer**                     *[signature]*
                                                          **Signature of Judicial Officer**

## ATTACHMENT A

An Apple iPhone 5S, IMEI 579C-E2642B, with and FCC ID BCG-E2642A, which is white and gold in color (hereinafter the "Target Device"). The Target Device is currently in the custody of the Mesquite Police Department, 777 North Avenue, Mesquite, Texas 75149, in the Northern Judicial District of Texas

Attachments A and B - Page 1

## ATTACHMENT B

1. All records on the Target Device described in Attachment A that relate to violations of 18 U.S.C. §§ 1591 and 922(g)(1).

   a. Any and all list of names, telephone numbers, and addresses contained on the Target Device;
   b. Any and all names and phone numbers of persons who contacted or were contacted by this Target Device;
   c. Images, pictures, photographs sent or received by the Target Device;
   d. The content of any and all text and multimedia messages and emails on the Target Device, including text and multimedia messages and emails sent or received, draft, deleted, or retained;
   e. The content of any and all voice mail messages;
   f. All visual depictions of any individual engaging in prostitution or any sexual activity for which a person can be charged with a criminal offense;
   g. Any information which indicates and/or is related to contact with individuals for the purposes of engaging in prostitution or any sexual activity for which a person can be charged with a criminal offense, or related to violations of 18 U.S.C. §§ 1591;
   h. Any and all evidence of passwords needed to access the Target Device;
   i. Any and all records, showing dominion, ownership, custody, or control over the Target Device;
   j. All documents, including all temporary and permanent electronic files and records, (including, but not limited to, JPG, GIF, TIF, AVI, WAV and MPEG files) which concern or relate to prostitution or any sexual activity for which a person can be charged with a criminal offense, or violations of 18 U.S.C. §§ 1591;
   k. All travel records or documents contained in the Target Device, including GPS data; and
   l. All documents and/or visual depictions of firearms or ammunition.

2. Evidence of user attribution showing who used or owned the Device at the time the usernames and passwords, documents, browsing history, registry entries, configuration files, user profiles, email, email contacts, "chats," instant messaging logs, photographs, and correspondence;

3. Records evidencing the use of Internet Protocol addresses used by the Device to communicate with mail servers or other devices, including:

   a.     records of Internet Protocol addresses used;

Attachments A and B - Page 2

  b.  records of Internet activity, including firewall logs, caches, browser history and cookies, "bookmarked" or "favorite" web pages, search terms that the user entered into any Internet search engine, and records of user-typed web addresses.

As used above, the terms "records" and "information" include all of the foregoing items of evidence in whatever form and by whatever means they may have been created or stored, including any form of computer or electronic storage (such as flash memory or other media that can store data) and any photographic form

During the execution of this search warrant, the law enforcement personnel are authorized to depress the fingerprints and/or thumbprints of persons at the Subject Premises onto the Touch ID sensor of any Apple iPhone, iPad, or other Apple brand device with Touch ID in order to gain access to the contents of any such device.